# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 533 |
| | : |
| ORDER APPROVING THE AMENDMENT OF THE COMMENTS TO RULES 113.1, 420, 513, AND 578 OF THE PENNSYLVANIA RULES OF CRIMINAL PROCEDURE | : CRIMINAL PROCEDURAL RULES : : DOCKET : : : |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of December, 2021, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Comments to Rules 113.1, 420, 513, and 578 of the Pennsylvania Rules of Criminal Procedure are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective on January 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.